(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement In a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

FILED
Nov 15 2018
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NUMBER: EP:18-M -08117(1) |
| vs. | § |
| | § |
| (1) MARLON ANTONIO ANGULO-GONZALEZ | § |
| Defendant. | |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Marlon Antonio Angulo-Gonzalez, was represented by counsel, Edward Hernandez.

The defendant pled guilty to the complaint on November 15, 2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | November 03, 2018 |

As pronounced on November 15, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 15th day of November, 2018 .

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Executed: 11/16/2018
By: _____
United States Marshal Service