# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
Nov 15 2018
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| vs. | § CASE NUMBER: **EP:18-M-08117(1) RFC** |
| **(1) MARLON ANTONIO ANGULO-GONZALEZ** | § |
| Defendant. | § |

## JUDGMENT IN A CRIMINAL CASE
(For A Petty Offense) - Short Form

The defendant, Marlon Antonio Angulo-Gonzalez, was represented by counsel, Edward Hernandez.

The defendant pled guilty to the complaint on **November 15, 2018.** Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | November 03, 2018 |

As pronounced on November 15, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 15th day of November, 2018.

ROBERT F. CASTAÑEDA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | Case Number: |
| vs. | § § | EP:18-M-08117(1) |
| (1) MARLON ANTONIO ANGULO-GONZALEZ | § § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Edward Hernandez, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 15th day of November, 2018.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

United States District Court
Western District of Texas
El Paso Division

FILED
11/15/2018
Clerk, U.S. District Court
Western District of Texas

By: VMontoya
Deputy

# INITIAL APPEARANCE, PLEA AND SENTENCE

Case Number: EP:18-M -08117(1) RFC

| DEFENDANT'S NAME: | ATTY FOR DEFENDANT: |
|---|---|
| (1) MARLON ANTONIO ANGULO-GONZALEZ | Hernandez, Edward |

| JUDGE: | ROBERT F. CASTANEDA | AUSA: | BRYAN SEARS | |
|---|---|---|---|---|
| DEPUTY CLERK: | Veronica Montoya | INTERPRETER: | X Yes | No |
| COURT REPORTER: | ERO | PROB. OFFICER | | |
| | | PRETRIAL OFFICER: | | |
| DATE: | 11/15/2018 | TIME: 10 Minutes | 11:06 - 11:16 | |

| PROCEEDINGS | DFT NO. | [DftNo1] | [DftNo2] |
|---|---|---|---|
| [X] INITIAL APPEARANCE | | [X] | [ ] |
| [X] ARRAIGNMENT HELD | | [X] | [ ] |
| [X] DFT INFORMED OF RIGHTS/oral consent to plea | | [X] | [ ] |
| [X] GUILTY DEFT [DftNo1] COUNT(S): COMPLAINT | | | |
| [X] GUILTY PLEA ACCEPTED BY THE COURT | | [X] | [ ] |
| [ ] Information Filed On _____ | | [ ] | [ ] |
| [ ] Motion to Dismiss Complaint filed on _____ | | [ ] | [ ] |
| [ ] Court Grants Motion to Dismiss on _____ | | [ ] | [ ] |
| [ ] Order Dismissing Complaint entered on _____ | | [ ] | [ ] |
| [X] Oral Motion by AUSA to Remit Special Assessment | | [X] | [ ] |
| [X] Oral Order Granting Oral Motion to Remit Special Assessment | | [X] | [ ] |
| [X] SENTENCING HELD: Defendant sentenced to : Time Served / NO FINE / SA REMITTED | | | |

OTHER:_____

ef

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
11/15/2018
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: **EP:18-M-08117(1)** |
| | § |
| (1) MARLON ANTONIO ANGULO-GONZALEZ | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 3, 2018** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by Immigration officers

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The Defendant, Marlon Antonio ANGULO-Gonzalez, an alien to the United States and a citizen of Nicaragua, entered the United States from the Republic of Mexico by crossing the Rio Grande River approximately .47 miles west of the Paso Del Norte Port of Entry on November 3, 2018 in El Paso, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers."*

Continued on the attached sheet and made a part hereof: [X] Yes [ ] No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Portillo, Noe R.
Border Patrol Agent

11/15/2018
Date

at EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
OATH TELEPHONICALLY SWORN
AT 1:01 P.M.
FED.R.CRIM.P.4.1(b)(2)(A)

CONTINUATION OF CRIMINAL COMPLAINT

**WESTERN DISTRICT OF TEXAS**

**(1) MARLON ANTONIO ANGULO-GONZALEZ**

FACTS (CONTINUED)

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

The Defendant, Marlon Antonio ANGULO-Gonzalez, an alien to the United States and a citizen of Nicaragua, entered the United States from the Republic of Mexico by crossing the Rio Grande River approximately .47 miles west of the Paso Del Norte Port of Entry on November 3, 2018 in El Paso, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers.

IMMIGRATION HISTORY:

**NONE**

CRIMINAL HISTORY:

**NONE**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: EP:18-M-08117(1) |
| (1) MARLON ANTONIO ANGULO-GONZALEZ | § § | |

## ORDER SETTING STATUS CONFERENCE

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for STATUS CONFERENCE, in Magistraterd Courtroom 612, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on 11/15/2018.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 11/15/2018.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE